UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 11291

21 MC 102 (AKH)

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

WALDYSLAW KWASNIK,

                                  Plaintiff,

- against -

160 WATER STEET, INC.
160 WATER STREET ASSOCIATES
59 MAIDEN LANE ASSOCIATES, LLC
90 CHURCH STREET LIMITED PARTNERSHIP
AMBIENT GROUP, INC.
AMERICAN EXPRESS BANK , LTD
AMERICAN EXPRESS COMPANY
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BFP ONE LIBERTY PLAZA CO., LLC
BFP TOWER C CO. LLC
BFP TOWER C MM LLC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT
BOSTON PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, LP
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
G.L.O. MANAGEMENT, INC.
GENERAL RE SERVICES CORP.
HILLMAN ENVIRONMENTAL GROUP, LLC.
LEHMAN BROTHERS HOLDINGS INC.
LEHMAN BROTHERS, INC.
LEHMAN COMMERCIAL PAPER, INC.
MCCLIER CORPORATION

DOCKET NO.

COMPLAINT BY
ADOPTION (CHECK-
OFF COMPLAINT)
RELATED TO THE
MASTER COMPLAINT

PLAINTIFF(S) DEMAND
A TRIAL BY JURY



RECEIVED
DEC 17 2007
U.S.D.C. S.D. N.Y.
CASHIERS

NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC.
NEW LIBERTY PLAZA LP
ONE LIBERTY PLAZA
STRUCTURE TONE GLOBAL SERVICES, INC.
STUCTURE TONE (UK), INC.
THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178)
THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178)
TRAMMELL CROW COMPANY
TRAMMELL CROW CORPORATE SERVICES, INC.
TRIBECA NORTH END, LLC
TUCKER ANTHONY, INC.
WFP ONE LIBERTY PLAZA CO., L.P.
WFP ONE LIBERTY PLAZA, CO. GP, CORP.
WFP RETAIL CO. G.P. CORP.
WFP RETAIL CO. L.P.
WFP TOWER A CO.
WFP TOWER A CO. L.P.
WFP TOWER A. CO. G.P. CORP.
WORLD FINANCIAL PROPERTIES, L.P.

                              Defendants.

This Complaint by Adoption (Check-off) and the Master Complaint which it adopts is being filed pursuant to Order Regulating Proceedings, Judge Alvin K. Hellerstein, June 4, 2007, as relates to 21 MC 102 (AKH).

Pursuant to Case Management Order Number _____, of the Honorable Alvin K. Hellerstein, United States District Judge, dated _____, ("the Order"), a Master Complaint for all Plaintiffs was filed on _____. In conjunction with said filing, the within pro-forma Complaint by Adoption (Check-off) Complaint was also filed.

## I.

## INTRODUCTION

A Plaintiff-Specific Complaint by Adoption (Check-off Complaint), in the within format, is to be filed by each Plaintiff, and to be utilized and read in conjunction with the Master Complaint on file with the Court. Where applicable to the instant Plaintiff(s), specific paragraphs are to be marked with an "X," and specific case information is to be set forth, inserting said information in the blank space, if provided.    If Plaintiff wishes to assert additional allegations, plaintiffs should follow the procedure as outlined in the CMO # __ governing the filing of the Master Complaint and Check-off Complaints.

Plaintiffs, as captioned above, by his/her/their attorneys, complaining of Defendant(s), respectfully allege:

☒ 1. All headings, paragraphs, allegations and Causes of Action in the entire Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein, in addition to those paragraphs specific to the individual Plaintiff(s), as alleged within the individual Check-off Complaint.

☒ 2. Plaintiffs adopt those allegations as set forth in the Master Complaint Section I, Introduction.

## II.
## JURISDICTION

☒ 3.  Plaintiffs adopt those allegations as set forth in the Master Complaint Section II, Jurisdiction.

☒ 4. The Court's jurisdiction over the subject matter of this action is: Founded upon Federal Question Jurisdiction, specifically

☒ 4A.-1. Air Transport Safety & System Stabilization Act of 2001, (or)

☐ 4A.-2. Federal Officers Jurisdiction, (or)

☒4A.-3. This Court has supplemental jurisdiction pursuant to 28 USC

§1367(a) based upon the New York Labor Law §200 and

§241(6), and common law negligence.

☐ Other if an individual plaintiff is alleging a basis of jurisdiction not

stated above, plaintiffs should follow the procedure as outlined in the

CMO # _____ governing the filing of the Master Complaint and Check-

off Complaints.

☐ 5. The Court's jurisdiction of the subject matter of this action is: Contested, but the Court has

already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §

1441.

## III.

### VENUE

☒ 6. Plaintiffs adopt those allegations as set forth in the Master Complaint Section III, Venue.

## IV.

### PARTIES

☒ 7. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IV, Parties.

☒ 8. THE INJURED PLAINTIFF'S NAME IS (referencing the individual specifically injured

and/or if deceased, hereinafter referred to as "Decedent Plaintiff"): Wladyslaw Kwasnik

and the last four digits of his /her social security number are 7059 or the last four digits of

his/her federal identification number are _____.

☒ 9. THE INJURED PLAINTIFF'S ADDRESS IS: 78 Oxford Pl., Apt. 2R-R, Staten Island, New York 10301.

☐ 10.  THE REPRESENTATIVE PLAINTIFF'S NAME IS (if "Injured Plaintiff" is deceased):

_____(hereinafter referred to as the "Representative Plaintiff")

☐ 11. THE REPRESENTATIVE PLAINTIFF'S ADDRESS IS (if "Injured Plaintiff" is deceased): _____

☐ 12. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Administrator of the Goods, Chattels and Credits which were of the "Injured Plaintiff" on _____,

by the Surrogate Court, County of _____, State of New York.

☐ 13. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Executor of the Estate of the "Injured Plaintiff" on _____, by the Surrogate Court, County of _____, State of New York.

☐ 14. THE DERIVATIVE PLAINTIFF'S NAME:  (hereinafter referred to as the "Derivative Plaintiff" and if deceased, hereinafter referred to as "Decedent Derivative Plaintiff")

_____

☐ 15. THE DERIVATIVE PLAINTIFF'S ADDRESS: _____

☐ 16. THE REPRESENTATIVE DERIVATIVE PLAINTIFF'S NAME: (if "Derivative

Plaintiff" is deceased) _____

☐ 17. THE REPRESENTATIVE PLAINTIFF'S DERIVATIVE ADDRESS (if "Derivative

Plaintiff" is deceased): _____

☐ 18. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Administrator

of the Goods, Chattels and Credits which were of the "Derivative Plaintiff" on

_____,

by the Surrogate Court, County of _____, State of New York.

☐ 19. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Executor of the

Estate of the "Derivative Plaintiff" on _____, by the

Surrogate Court, County of _____, State of New York.

☒ 20. Injured Plaintiff, as aforementioned, is an individual and a resident of the State of New

York residing at the aforementioned address.

☐ 21. Injured Plaintiff, as aforementioned, is an individual and a resident of (if other

than New York) _____, and resides at the aforementioned address.

☐ 22. Representative Plaintiff, as aforementioned, is a resident of the State of New York,

residing at the aforementioned address.

☐ 23. Representative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 24. Representative Plaintiff, as aforementioned, brings this claim in his/her representative capacity, as aforementioned on behalf of the Estate of the Decedent Plaintiff.

☐ 25. Derivative Plaintiff, as aforementioned, is a resident of the State of New York, residing at the aforementioned address.

☐ 26. Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 27. Representative Derivative Plaintiff, as aforementioned, is a resident of the State of New York, residing at the aforementioned address.

☐ 28. Representative Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 29. Representative Derivative Plaintiff, as aforementioned, brings this claim in his/her representative capacity, as aforementioned, on behalf of the Estate of the Derivative Plaintiff.

☐ 30. The Derivative Plaintiff and or the Representative Derivative Plaintiff in his or her representative capacity on behalf of the estate of the Decedent Derivative Plaintiff was the:

       ☐ a.  SPOUSE at all relevant times herein, was lawfully married to Plaintiff, and brings this derivative action for her/his loss due to the injuries sustained by her husband/his wife, Injured Plaintiff.

*Instructions: To the extent that plaintiff has specificity as to the information to be placed within the columns of the chart below, such should be provided. Additionally, to the extent that plaintiff has specificity as to differing areas or floors within a particular building or location, a separate line entry should be made for each area or floor within a building within which they worked. If plaintiff is unable at this time to enunciate a response to a particular column heading, the applicable column should be marked with an "X." (See Sample Chart below)*

*Each sub-paragraph shall be deemed to allege: "The Injured Plaintiff at times relevant to the claims herein, worked at (address/location), on or at (the floor or area) for the following (dates of employment), while in the employ of (name of employer), maintaining the position of (job title), performing the activities of (job activity) and worked at said location for approximately (hours), working in the following shift (shift worked). i.e., "The Injured Plaintiff at times relevant to the claims herein, worked at 500 Broadway, on the 2nd floor, for the following dates, 10/1/01-6/1/02, while in the employ of ABC Corp, maintaining the position of cleaner and performing activities including debris removal and worked on and/or at said floor or area for approximately 20 hours, working the 8-am-5PM shift."*

☒ 31. The Injured Plaintiff worked at the address/location, on the following floors or areas, for following dates of employment, for the employer, in the job title of, performing the job activity of and for the number of hours, and for the shift worked, as specified on the following page.

*Sample Chart*

| | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS. | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKD |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31a | *500 Broadway | 2 | 10/1/01-6/1/02 | ABC CORP. | CLEANER | DEMOLITION/DEBRIS REMOVAL | 20 | 8AM-5PM | 50 |
| ☒ | 31b | 1600 Broadway | 2 | 11/1/01-11/15/01 | ABC CORP. | CLEANER | X | 10 | X | 25 |
| ☒ | 31c | 1600 Broadway | basement | 12/15/01-12/16/01 | XYZ Corp. | CLEANER | X | 10 | X | 25 |

Total Hours Worked:    <u>40</u>

9

|  | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31a. | 160 Water Street | X | October 9, 2001 | Trade Winds Environmental Rest | Hazardous Material Handler | Debris Removal | 55 hours | X | 9.04% |
| ☒ | 31b. | 201 Warren Street PS 89. NYC | X | November 25, 2001 | Air Tech Lab Inc. | Hazardous Material Handler | Debris Removal | 34.5 hours | X | 5.67% |
| ☒ | 31c. | 1 Liberty Pl. | X | December 13, 2001 | LVI Environmental Services Inc. | Hazardous Material Handler | Debris Removal | 30.0 hours | X | 4.93% |
| ☒ | 31d. | 3 World Financial Center | X | February 18, 2002 – March 18, 2002 | ETS Contracting Inc. | Hazardous Material Handler | Debris Removal | 134.0 hours | X | 22.02% |
| ☒ | 31e. | 1 World Financial Center | X | April 1, 2001 | ETS Contracting Inc. | Hazardous Material Handler | Debris Removal | 8.0 hours | X | 1.32% |
| ☒ | 31f. | 90 Church Street | X | May 4, 2003 – July 7, 2003 | Pinnacle Environmental Corp. | Hazardous Material Handler | Debris Removal | 251.0 hours | X | 41.25% |
| ☒ | 31g. | 59 Maiden Lane | X | July 20, 2003 – August 25, 2003 | Legend Construction NY Inc. | Hazardous Material Handler | Debris Removal | 96.0 hours | X | 15.77% |
| ☐ | 31h. | | | | | | | | | |
| ☐ | 31i. | | | | | | | | | |
| ☐ | 31j. | | | | | | | | | |

10

| | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 31k. | | | | | | | | | |
| ☐ 31l. | | | | | | | | | |
| ☐ 31m. | | | | | | | | | |
| ☐ 31n. | | | | | | | | | |
| ☐ 31o. | | | | | | | | | |
| ☐ 31p. | | | | | | | | | |
| ☐ 31q. | | | | | | | | | |
| ☐ 31r. | | | | | | | | | |
| ☐ 31s. | | | | | | | | | |

☐ **Other (Check here, if need for additional space and attach Rider and continue with same format as above)**

11

☒31t. The plaintiff worked at all buildings or locations for the total number of hours as indicated: **608.5.**

☒ 32. The Injured Plaintiff was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above, unless otherwise specified.

☒ 33. The Injured Plaintiff was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above, unless otherwise specified

☒ 34. The Injured Plaintiff was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above, unless otherwise specified

☒ 35. The Plaintiff, and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has not made a claim to the Victim Compensation Fund. Therefore, pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. 40101, the issue of waiver is inapplicable.

☐ 36. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which claim was not deemed "substantially complete." The plaintiff therefore has not waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11,2001, except for civil actions to recover collateral source obligations." 49 U.S.C. 40101 at § 405 (c)(3)(B).

☐ 37. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which claim was deemed "substantially complete" by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11, 2001, except for civil actions to recover collateral source obligations." 49U.S.C. 40101 at Section 405 (c) (3) (B)

☐ 38. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund that was granted by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State Court for damages sustained as a result of the terrorist aircraft crashes of September 11, 2002 except for civil actions to recover collateral source obligations." 49 U.S. C. 40101 at Sec. 405 (c)(3) (B)

☐ 39. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible prior to a determination of being substantially complete.

☐ 40. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible subsequent to a determination of being substantially complete.

☒ 41. The allegations in the body of the Master Complaint, are asserted as against each defendant as checked off below. If plaintiff asserts additional allegations, buildings, locations and/or defendants plaintiffs should follow the procedure as outlined in the CMO # __ governing the filing of the Master Complaint and Check-off Complaints.

☒ 42. The specific Defendants alleged relationship to the property, as indicated below or as otherwise the evidence may disclose, or their role with relationship to the work threat, gives rise to liability under the causes of actions alleged, as referenced in the Master Complaint.

*Instruction: The Defendant(s) names in the Master Complaint are re-stated below. The Defendant's are listed by reference to the building and/or location at which this specific plaintiff alleges to have worked. Each sub- paragraph shall be deemed to allege: "With reference to (address), the defendant (entity) was a and/or the (relationship) of and/or at the subject property and/or in such relationship as the evidence may disclose," (i.e. With*

*reference to 4 Albany Street, defendant Bankers Trust Company, was the owner of the*

*subject property and/or in such relationship as the evidence may disclose).*

☒ 43. With reference to (*address as checked below*), the defendant (*entity as checked below*)

was a and/or the *(relationship as indicated below)* of and/or at the subject property and/or

in such relationship as the evidence may disclose.


☐ (43-1) 4 ALBANY STREET

    ☐A.  BANKERS TRUST COMPANY (*OWNER*)

    ☐B.  BANKERS TRUST NEW YORK CORPORATION (*OWNER*)

    ☐C.  BANKERS TRUST CORP.(*OWNER* )

    ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS (*OWNER*)

    ☐E.  DEUTSCHE BANK TRUST CORPORATION (*OWNER*)

    ☐F.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)

    ☐G.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)

    ☐H.  AMBIENT GROUP, INC. *(CONTRACTOR)*

    ☐I.  RJ LEE GROUP, INC. (*OWNER*)

    ☐J.  TISHMAN INTERIORS CORPORATION(*CONTRACTOR)*


☐ (43-2) 99 BARCLAY STREET

    ☐A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)

    ☐B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)


☐ (43-3)101 BARCLAY STREET (BANK OF NEW YORK)

    ☐A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)

    ☐B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)


☐ (43-4)125 BARCLAY STREET

    ☐A.  ELAINE ESPEUT, AS TRUSTEE UNDER A DECLARATION OF
        TRUST (*OWNER*)

    ☐B.  FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF
        TRUST (*OWNER*)

☐C.   37 BENEFITS FUND TRUST (*OWNER*)

☐ (43-5) 20 BROAD STREET
    ☐ A.   20 BROAD ST. CO. (*OWNER*)
    ☐ B.   VORNADO OFFICE MANAGEMENT, LLC (*AGENT*)

☐ (43-6) 30 BROAD STREET (CONTINENTAL BANK BUILDING)
    ☐A.   30 BROAD STREET ASSOCIATES, LLC (*OWNER*)
    ☐B.   MURRAY HILL PROPERTIES (*AGENT*)

☐ (43-7) 40 BROAD STREET
    ☐A.   40 BROAD, LLC (*OWNER*)
    ☐B.   CB RICHARD ELLIS (*AGENT*)

☐ (43-8) 60 BROAD STREET
    ☐A.   WELLS 60 BROAD STREET, LLC (*OWNER*)
    ☐B.   COGSWELL REALTY GROUP & WELLS REAL ESTATE FUNDS
        (*AGENT*)

☐ (43-9) 75 BROAD STREET
    ☐A   75 BROAD LLC (*OWNER*)
    ☐B.   JEMB REALTY CORP. (*AGENT*)

☐ (43-10) 85 BROAD STREET
    ☐A   ASSAY PARTNERS (*AGENT*)

☐ (43-11)104 BROAD STREET (NEW YORK TELEPHONE COMPANY
    BUILDING)
    ☐A.   CITY OF NEW YORK (*OWNER*)

☐ (43-12) 1 BROADWAY
    ☐A.   KENYON & KENYON (*OWNER*)
    ☐B.   LOGANY LLC (*OWNER*)
    ☐C.   ONE BROADWAY, LLC (*OWNER*)

☐ (43-13) 2 BROADWAY
    ☐ A.  2 BROADWAY, LLC *(OWNER)*
    ☐ B.  COLLIERS ABR, INC. *(AGENT)*

☐ (43-14) 25 BROADWAY
    ☐ A.  25 BROADWAY OFFICE PROPERTIES, LLC *(OWNER)*
    ☐ B.  ACTA REALTY CORP. *(AGENT)*

☐ (43-15) 30 BROADWAY
    ☐ A.  CONSTITUTION REALTY LLC *(OWNER)*

☐ (43-16) 45 BROADWAY
    ☐ A.  B.C.R.E. *(AGENT)*

☐ (43-17) 61 BROADWAY
    ☐ A.  CROWN BROADWAY, LLC *(OWNER)*
    ☐ B.  CROWN PROPERTIES, INC *(OWNER)*
    ☐ C.  CROWN 61 ASSOCIATES, LP *(OWNER)*
    ☐ D.  CROWN 61 CORP *(OWNER)*

☐ (43-18) 71 BROADWAY
    ☐ A.  ERP OPERATING UNLIMITED PARTNERSHIP *(OWNER)*
    ☐ B.  EQUITY RESIDENTIAL *(AGENT)*

☐ (43-19) 90 EAST BROADWAY
    ☐ A.  SUN LAU REALTY CORP. *(OWNER)*

☐ (43-20) 111/113 BROADWAY
    ☐ A  TRINITY CENTRE LLC *(OWNER)*
    ☐ B.  CAPITAL PROPERTIES, INC. *(OWNER)*

☐ (43-21) 115/119 BROADWAY
    ☐ A.  TRINITY CENTRE LLC *(OWNER)*

☐ (43-22) 120 BROADWAY (THE EQUITABLE BUILDING)
  ☐ A.  BOARD OF MANAGERS OF THE 120 BROADWAY
        CONDOMINIUM (CONDO #871) (*OWNER*)
  ☐ B.  120 BROADWAY, LLC (*OWNER*)
  ☐ C.  120 BROADWAY CONDOMINIUM (CONDO #871) (*OWNER*)
  ☐ D.  120 BROADWAY PROPERTIES, LLC (*OWNER*)
  ☐ E.  715 REALTY CO. (*OWNER*)
  ☐ F.  SILVERSTEIN PROPERTIES, INC. (*OWNER*)
  ☐ G.  120 BROADWAY HOLDING, LLC (*OWNER*)
  ☐ H.  CITIBANK, NA (*OWNER*)

☐ (43-23) 140 BROADWAY
  ☐ A.  MSDW 140 BROADWAY PROPERTY L.L.C. (*OWNER*)

☐ (43-24) 150 BROADWAY
  ☐ A.  150 BROADWAY N.Y. ASSOCS. L.P. (*OWNER*)
  ☐ B.  150 BROADWAY CORP. (*OWNER*)
  ☐ C.  BAILEY N.Y. ASSOCIATES (*OWNER*)
  ☐ D.  AT&T WIRELESS SERVICES, INC. (*OWNER*)
  ☐ E.  BROWN HARRIS STEVENS COMMERCIAL SERVICES, LLC
        (*AGENT*)

☐ (43-25) 160 BROADWAY
  ☐ A.  DAROR ASSOCIATES, LLC (*OWNER*)
  ☐ B.  BRAUN MANAGEMENT, INC. (*AGENT*)

☐ (43-26) 170 BROADWAY
  ☐ A.  AMG REALTY PARTNERS, LP (*OWNER*)
  ☐ B.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)
  ☐ C.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)
  ☐ D.  AMBIENT GROUP, INC. (*CONTRACTOR*)

☐ (43-27) 214 BROADWAY

☐A.   122 BROADWAY, LLC (*OWNER*)

☐ (43-28) 222 BROADWAY

    ☐A.   222 BROADWAY, LLC (*OWNER*)

    ☐B.   SWISS BANK CORPORATION (*OWNER*)

    ☐C.   CUSHMAN & WAKEFIELD, INC. *(OWNER)*

    ☐D.   CHASE MANHATTAN BANKING CORPORATION (*OWNER*)

☐ (43-29) 225 BROADWAY

    ☐A.   225 BROADWAY COMPANY LP *(OWNER)*

    ☐B.   BRAUN MANAGEMENT, INC. *(OWNER)*

☐ (43-30) 230 BROADWAY

    ☐A.   233 BROADWAY OWNERS, LLC *(OWNER)*

☐ (43-31) 233 BROADWAY

    ☐A.   233 BROADWAY OWNERS, LLC (*OWNER*)

☐ (43-32) 250 BROADWAY

    ☐A.   1221 AVENUE HOLDINGS, LLC *(OWNER)*

☐ (43-33)  125 CEDAR STREET

    ☐A.   120 LIBERTY ST., LLC *(OWNER)*

☐ (43-34) 130 CEDAR STREET

    ☐A.   AJ GOLDSTEIN & CO. (*OWNER*)

    ☐ B.   CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST (*OWNER*)

    ☐C.   MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY (*OWNER*)

    ☐D.   NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST (*OWNER*)

    ☐E.   NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST (*OWNER*)

☐F.   CAROL GAYNOR TRUST (*OWNER*)

☐G.   PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA
AND ROWAN KLEIN TRUST (*OWNER*)

☐H.   ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND
ROWAN KLEIN TRUST (*OWNER*)

☐I.   FRED GOLDSTEIN  (*OWNER*)

☐J.   MARGARET G. WATERS (*OWNER*)

☐K.   MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST
WILL   AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)

☐L.   HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT   OF LOUIS W. GOLDSTEIN (*OWNER*)

☐M.   SYLVIA R. GOLDSTEIN (*OWNER*)

☐N.   RUTH G. LEBOW (*OWNER*)

☐O.   HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER
DECLARATION OF    TRUST (*OWNER*)

☐P.   IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION
OF TRUST (*OWNER*)

☐Q.   HARLAND GAYNOR, AS TRUSTEE UNDER DECLARATION
OF TRUST (*OWNER*)

☐R.   SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER
DECLARATION OF TRUST (*OWNER*)

☐S.   BETTY JEAN GRANQUIST (*OWNER*)

☐T.   CAROL MERRIL GAYNOR (*OWNER*)

☐U.   ALAN L. MERRIL (*OWNER*)


☐ (43-35) 90 CHAMBERS STREET

☐    90 CHAMBERS REALTY, LLC *(OWNER)*


☐ (43-36) 105 CHAMBERS STREET

☐    DATRAN MEDIA *(OWNER)*


☐ (43-37) 145 CHAMBERS STREET

☐A.   145 CHAMBERS A CO. (*OWNER*)

☐ (43-38) 199 CHAMBERS STREET (BOROUGH OF MANHATTAN
   COMMUNITY COLLEGE (CUNY))
      ☐A.  BOROUGH OF MANHATTAN COMMUNITY COLLEGE


☐ (43-39) 345 CHAMBERS STREET (STUYVESANT HIGH SCHOOL)
      ☐ A.  TRIBECA LANDING L.L.C. (*OWNER*)
      ☐B.  BOARD OF EDUCATION OF THE CITY OF NEW YORK
         (*OWNER*)
      ☐C.  NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
         (*OWNER*)
      ☐D.  THE CITY OF NEW YORK (*OWNER*)
      ☐E.  BATTERY PARK CITY AUTHORITY (*OWNER*)
      ☐ F.  DEPARTMENT OF BUSINESS SERVICES *(AGENT)*


☐ (43-40) 400 CHAMBERS STREET
      ☐A.  THE RELATED COMPANIES, LP (*OWNER*)
      ☐B  RELATED MANAGEMENT CO., LP (*OWNER*)
      ☐C.  THE RELATED REATLY GROUP, INC (*OWNER*)
      ☐D.  RELATED BPC ASSOCIATES, INC. (*OWNER*)


☐ (43-41) 55 CHURCH STREET (MILLENIUM HILTON HOTEL)
      ☐    CDL NEW YORK LLC MILLENIUM BROADWAY *(OWNER)*


☒ (43-42) 90 CHURCH STREET (POST OFFICE)
      ☒A.  90 CHURCH STREET LIMITED PARTNERSHIP (*OWNER*)
      ☒B.  BOSTON PROPERTIES, INC. (*OWNER*)
      ☒C.  STUCTURE TONE (UK), INC. *(CONTRACTOR)*
      ☒D.  STRUCTURE TONE GLOBAL SERVICES, INC.
         *(CONTRACTOR)*
      ☒E.  BELFOR USA GROUP, INC. *(CONTRACTOR)*
      ☒F.  AMBIENT GROUP, INC. *(CONTRACTOR)*

☐ (43-43) 99 CHURCH STREET
    ☐A. MOODY'S HOLDINGS, INC. (*OWNER*)
    ☐B. GRUBB & ELLIS MANAGEMENT SERVICES (*AGENT*)


☐ (43-44) 100 CHURCH STREET
    ☐A.  THE CITY OF NEW YORK (*OWNER*)
    ☐B.  100 CHURCH LLC (*OWNER*)
    ☐C.  ZAR REALTY MANAGEMENT CORP. (*AGENT*)
    ☐D.  MERRILL LYNCH & CO, INC. (*OWNER*)
    ☐E.  AMBIENT GROUP, INC. (*CONTRACTOR*)
    ☐F.  INDOOR ENVIRONMENTAL TECHNOLOGY, INC. (*CONTRACTOR/AGENT*)
    ☐G.  GPS ENVIRONMENTAL CONSULTANTS, INC. (*CONTRACTOR/AGENT*)
    ☐H.  CUNNINGHAM DUCT CLEANING CO., INC. (*CONTRACTOR*)
    ☐I.  TRC ENGINEERS, INC. (*CONTRACTOR/AGENT*)
    ☐J.  INDOOR AIR PROFESSIONALS, INC. (*CONTRACTOR/AGENT*)
    ☐K.  LAW ENGINEERING P.C. (*CONTRACTOR/AGENT*)
    ☐L.  ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC (*OWNER*)


☐ (43-45) 110 CHURCH STREET
    ☐A.  110 CHURCH LLC (*OWNER*)
    ☐B.  53 PARK PLACE LLC (*OWNER*)
    ☐C.  ZAR REALTY MANAGEMENT CORP. (*AGENT*)
    ☐D.  LIONSHEAD DEVELOPMENT LLC (*OWNER/AGENT*)
    ☐E.  LIONSHEAD 110 DEVELOPMENT LLC (*OWNER/AGENT*)


☐ (43-46) 120 CHURCH STREET (BANK OF NEW YORK)
    ☐A.  110 CHURCH LLC (*OWNER*)
    ☐B.  53 PARK PLACE LLC (*OWNER*)
    ☐C.  ZAR REALTY MANAGEMENT CORP. (*AGENT*)
    ☐D.  LIONSHEAD DEVELOPMENT LLC (*OWNER/AGENT*)
    ☐E.  LIONSHEAD 110 DEVELOPMENT LLC (*OWNER/AGENT*)

☐ (43-47) 22 CORTLANDT STREET (CENTURY 21)

    ☐A.  MAYORE ESTATES LLC *(OWNER)*

    ☐B.  80 LAFAYETTE ASSOCIATES, LLC *(OWNER)*

    ☐C.  MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON *(OWNER)*

    ☐D.  BLUE MILLENNIUM REALTY LLC *(OWNER)*

    ☐E.  CENTURY 21, INC. *(OWNER)*

    ☐F.  B.R. FRIES & ASSOCIATES, INC. *(AGENT)*

    ☐G.  STONER AND COMPANY, INC. *(AGENT)*

    ☐H.  HILLMAN ENVIRONMENTAL GROUP, LLC. *(AGENT/CONTRACTOR)*

    ☐I  GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*


☐ (43-48) 26 CORTLANDT STREET (CENTURY 21)

    ☐A.  BLUE MILLENNIUM REALTY LLC *(OWNER)*

    ☐B.  CENTURY 21 DEPARTMENT STORES LLC *(OWNER)*

    ☐C.  GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*


☐ (43-49) 7 DEY STREET (GILLESPI BUILDING)

    ☐A.  SAKELE BROTHERS LLC *(OWNER)*


☐ (43-50) 1 FEDERAL PLAZA

    ☐  US GOVERNMENT *(OWNER)*


☐ (43-51) 26 FEDERAL PLAZA (JACOB K. JAVITS FEDERAL BUILDING)

    ☐A.  TRIO ASBESTOS REMOVAL *(CONTRACTOR)*


☐ (43-52) 163 FRONT STREET

    ☐A.  AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*

    ☐B.  AMERICAN INTERNATIONAL GROUP *(OWNER)*


☐ (43-53) 77 FULTON STREET

☐A.   SOUTHBRIDGE TOWER, INC. *(OWNER)*

☐ (43-54) GATE HOUSE
   ☐A.   THE CITY OF NEW YORK *(OWNER)*

☐ (43-55) 100 GOLD STREET
   ☐A.   CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☐ (43-56) 240 GREENE STREET
   ☐A.   NEW YORK UNIVERSITY *(OWNER)*
   ☐B.   DORMITORY AUTHORITY OF THE STATE OF NEW YORK *(OWNER)*

☐ (43-57) 70 GREENWICH STREET (PARKING GARAGE)
   ☐A.   EDISON PARKING MANAGEMENT, L.P. *(OWNER/AGENT)*
   ☐B.   ALLRIGHT PARKING MANAGEMENT, INC. *(OWNER/AGENT)*
   ☐C.   CENTRAL PARKING SYSTEM OF NEW YORK, INC. *(OWNER/AGENT)*

☐ (43-58) 88 GREENWICH STREET
   ☐A.   BLACK DIAMONDS LLC *(OWNER)*
   ☐B.   88 GREENWICH LLC *(OWNER)*

☐ (43-59) 108 GREENWICH STREET
   ☐A.   JOSEPH MARTUSCELLO *(OWNER)*

☐ (43-60) 114 GREENWICH STREET
   ☐A.   SENEX GREENWICH REALTY ASSOCIATES, LLC *(OWNER)*

☐ (43-61) 120 GREENWICH PLACE
   ☐A.   SENEX GREENWICH REALTY ASSOCIATES *(OWNER)*

☐ (43-62) 234 GREENWICH STREET
    ☐ A.   THE BANK OF NEW YORK *(OWNER)*

☐ (43-63) 390 GREENWICH STREET
    ☐ A.   STATE STREET BK & TRTETC *(OWNER)*
    ☐ B.   CITIGROUP CORPORATE REALTY SERVICES *(AGENT)*

☐ (43-64) 7 HANOVER SQUARE
    ☐ A.   MB REAL ESTATE *(AGENT)*
    ☐ B.   SEVEN HANOVER ASSOCIATES *(OWNER)*

☐ (43-65) 40 HARRISON STREET (INDEPENDENCE PLAZA)
    ☐ A.   AM & G WATERPROOFING LLC *(CONTRACTOR)*

☐ (43-66) 60 HUDSON STREET
    ☐   60 HUDSON OWNER, LLC *(OWNER)*

☐ (43-67) 315 HUDSON STREET
    ☐   315 HUDSON LLC *(OWNER)*

☐ (43-68) 2 JOHN STREET
    ☐ A.   GOTHAM ESTATE, LLC *(OWNER)*
    ☐ B.   GOTHAM ESTATE, LLC *(AGENT)*

☐ (43-69) 45 JOHN STREET
    ☐ A.   BANK OF NEW YORK *(OWNER)*

☐ (43-70) 99 JOHN STREET
    ☐ A.   ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-71) 100 JOHN STREET
    ☐ A.   MAZAL GROUP *(OWNER)*

☐B.  NEWMARK KNIGHT FRANK *(AGENT)*

☒ (43-72) ONE LIBERTY PLAZA

    ☒A.  NEW LIBERTY PLAZA LP *(OWNER)*

    ☒B.  WORLD FINANCIAL PROPERTIES, L.P. *(OWNER)*

    ☒C.  WFP ONE LIBERTY PLAZA CO., L.P. *(OWNER)*

    ☒D.  ONE LIBERTY PLAZA *(OWNER)*

    ☒E.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

    ☒F.  WFP ONE LIBERTY PLAZA, CO. GP, CORP. *(OWNER)*

    ☒G.  THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178) *(OWNER)*

    ☒H.  THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178) *(OWNER)*

    ☒I.  BFP ONE LIBERTY PLAZA CO., LLC *(OWNER)*

    ☒J.  NATIONAL ASSOCIATION OF SECURITIES DEALERS,  INC.
*(OWNER)*

    ☐K.  NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY
*(OWNER)*

    ☐L.  NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION *(OWNER)*

    ☐M.  NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION *(OWNER)*

    ☒N.  BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT *(AGENT/CONTRACTOR)*

    ☒O.  HILLMAN ENVIRONMENTAL GROUP, LLC.
*(AGENT/CONTRACTOR)*

    ☒P.  GENERAL RE SERVICES CORP. *(OWNER/AGENT)*

☐ (43-73) 10 LIBERTY STREET

    ☐  LIBERTY STREET REALTY *(OWNER)*

☐ (43-74) 30 LIBERTY STREET

    ☐A.  CHASE MANHATTAN BANK *(OWNER)*

☐ (43-75) 33 LIBERTY STREET
    ☐    VERIZON NEW YORK, INC. *(OWNER)*

☐ (43-76) 114 LIBERTY STREET
    ☐    WARWICK & CO. *(OWNER)*

☐ (43-77) 130 LIBERTY STREET (DEUTSCHE BANK BUILDING)
    ☐A.  DEUTSCHE BANK TRUST CORPORATION *(OWNER)*
    ☐B.  DEUTSCHE BANK TRUST COMPANY *(OWNER)*
    ☐C.  BANKERS TRUST CORPORATION *(OWNER)*
    ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS *(OWNER)*
    ☐E.  THE BANK OF NEW YORK TRUST COMPANY NA *(OWNER)*
    ☐F.  BT PRIVATE CLIENTS CORP. *(OWNER)*
    ☐G.  TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*
    ☐H.  TULLY CONTSRUCTION CO., INC. *(CONTRACTOR)*
    ☐I.  TULLY INDUSTRIES *(CONTRACTOR)*

☐ (43-78) 377 LIBERTY STREET
    ☐A  LIBERTY HOUSE CONDOMINIUM *(OWNER)*

☐ (43-79) 41 MADISON AVENUE
    ☐A.  41 MADISON LP/RUDIN MGMT CO. *(OWNER/AGENT)*

☒ (43-80) 59 MAIDEN LANE
    ☒A.  59 MAIDEN LANE ASSOCIATES, LLC *(OWNER)*

☐ (43-81) 80 MAIDEN LANE
    ☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

☐ (43-82) 90 MAIDEN LANE
    ☐A.  MAIDEN 80/90 LLC *(OWNER)*
    ☐B.  AM PROPERTY HOLDING CORP *(OWNER)*

☐ (43-83) 95 MAIDEN LANE
    ☐A.  CHICAGO 4, L.L.C. *(OWNER)*
    ☐B.  2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4,   L.L.C. *(OWNER)*


☐ (43-83-1) 125 MAIDEN LANE
    ☐A.  125 MAIDEN LANE EQUITIES, LLC *(OWNER)*


☐ (43-84) MARRIOTT FINANCIAL CENTER HOTEL
    ☐A.  HMC CAPITOL RESOURCES CORP. *(AGENT)*
    ☐B.  HMC FINANCIAL CENTER, INC. *(OWNER)*
    ☐C.  MARRIOTT HOTEL SERVICES, INC. *(AGENT)*
    ☐D.  MK WEST STREET COMPANY *(AGENT)*
    ☐E.  MK WEST STREET COMPANY, L.P. *(AGENT)*


☐ (43-85) 101 MURRAY STREET
    ☐A.  ST. JOHN'S UNIVERSITY *(OWNER)*


☐ (43-86) 110 MURRAY STREET
    ☐A.  THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*
    ☐B.  ONE WALL STREET HOLDINGS, LLC. *(OWNER)*


☐ (43-87) 26 NASSAU STREET (1 CHASE MANHATTAN BANK
    ☐A.  J.P. MORGAN CHASE CORPORATION *(OWNER)*


☐ (43-88) 81 NASSAU STREET
    ☐A.  SYMS CORP. *(OWNER)*


☐ (43-89) 4 NEW YORK PLAZA
    ☐A.  MANUFACTURERS HANOVER TRUST COMPANY *(OWNER)*


☐ (43-90) 102 NORTH END AVENUE
    ☐A.  HARRAH'S OPERATING COMPANY, INC. *(OWNER/AGENT)*

☐B.   HILTON HOTELS CORPORATION *(OWNER)*

☐ (43-91) PACE UNIVERSITY
    ☐    PACE UNIVERSITY *(OWNER)*

☐ (43-92) 75 PARK PLACE
    ☐A.   RESNICK 75 PARK PLACE, LLC *(OWNER)*
    ☐B.   JACK RESNICK & SONS, INC. *(AGENT)*

☐ (43-93) 299 PEARL STREET
    ☐    SOUTHBRIDGE TOWERS, INC. *(OWNER)*

☐ (43-94) 375 PEARL STREET
    ☐A.   VERIZON COMMUNICATIONS, INC. *(OWNER)*
    ☐B.   RICHARD WINNER *(AGENT)*
    ☐C.   VERIZON NEW YORK, INC. *(OWNER)*

☐ (43-95) PICASSO PIZZERIA RESTAURANT
    ☐    CITY OF NEW YORK *(OWNER)*

☐ (43-96) 30 PINE STREET
    ☐A.   JP MORGAN CHASE *(OWNER)*
    ☐B.   JP MORGAN CHASE *(AGENT)*

☐ (43-97) 70 PINE STREET
    ☐A.   AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
    ☐B.   AMERICAN INTERNATIONAL GROUP, INC. *(OWNER)*
    ☐C.   AIG REALTY, INC. *(OWNER)*

☐ (43-98) 80 PINE STREET
    ☐A.   80 PINE, LLC *(OWNER)*
    ☐B.   RUDIN MANAGEMENT CO., INC. *(AGENT)*

☐ (43-99) P.S. 234 INDEPENDENCE SCHOOL

☐    SABINE ZERARKA *(OWNER)*

☐ (43-100) 30 ROCKEFELLER PLAZA
    ☐A.   TISHMAN SPEYER PROPERTIES *(OWNER)*
    ☐B.   V CUCINIELLO *(OWNER)*

☐ (43-101) 1-9 RECTOR STREET
    ☐A.   50 TRINITY, LLC *(OWNER)*
    ☐B.   BROADWAY WEST STREET ASSOCIATES LIMITED
        PARTNERSHIP *(OWNER)*
    ☐C.   HIGHLAND DEVELOPMENT LLC *(OWNER)*
    ☐D.   STEEPLECHASE ACQUISITIONS LLC *(OWNER)*
    ☐E.   BLACK DIAMONDS LLC *(OWNER)*
    ☐F.   88 GREENWICH LLC *(OWNER)*

☐ (43-102) 19 RECTOR STREET
    ☐A.   BLACK DIAMONDS LLC *(OWNER)*
    ☐B.   88 GREENWICH LLC *(OWNER)*

☐ (43-103) 40 RECTOR STREET
    ☐A.   NEW YORK TELEPHONE COMPANY *(AGENT)*

☐ (43-104) 225 RECTOR PLACE
    ☐A.   LIBERTY VIEW ASSOCIATES, L.P. *(OWNER)*
    ☐B.   AMG REALTY PARTNERS, LP *(OWNER)*
    ☐C.   RELATED MANAGEMENT CO., LP *(AGENT)*
    ☐D.   THE RELATED REALTY GROUP, INC. *(OWNER)*
    ☐E.   THE RELATED COMPANIES, LP *(OWNER)*
    ☐F.   RELATED BPC ASSOCIATES, INC. *(OWNER)*

☐ (43-105) 280 RECTOR PLACE (THE SOUNDING)
    ☐A.   BROWN HARRIS STEVENS *(AGENT)*
    ☐B.   THE RELATED COMPANIES, LP *(OWNER)*

☐ (43-106) 300 RECTOR PLACE (BATTERY POINTE)
    ☐A.   BATTERY POINTE CONDOMINIUMS *(OWNER)*
    ☐B.   RY MANAGEMENT *(AGENT)*


☐ (43-107) 377 RECTOR PLACE (LIBERTY HOUSE
    ☐A.   MILFORD MANAGEMENT CORP. *(AGENT)*
    ☐B.   MILSTEIN PROPERTIES CORP. *(OWNER)*
    ☐C.   LIBERTY HOUSE CONDOMINIUM *(OWNER)*


☐ (43-108) 380 RECTOR PLACE   (LIBERTY TERRACE)
    ☐A.   MILFORD MANAGEMENT CORP. *(OWNER)*
    ☐B.   LIBERTY TERRACE CONDOMINIUM *(OWNER)*


☐ (43-109) 2 SOUTH END AVENUE (COVE CLUB)
    ☐A.   COOPER SQUAER REALTY, INC. *(OWNER)*


☐ (43-110) 250 SOUTH END AVENUE (HUDSON VIEW EAST)
    ☐A.   BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐B.   HUDSON VIEW TOWERS ASSOCIATES *(OWNER)*
    ☐C.   HUDSON VIEW EAST CONDOMINIUM *(OWNER)*
    ☐D.   BOARD OF MANAGERS OF THE HUDSON VIEW EAST
        CONDOMINIUM *(OWNER)*
    ☐E.   R Y MANAGEMENT CO., INC. *(AGENT)*
    ☐F.   ZECKENDORF REALTY, LP, *(AGENT/OWNER)*
    ☐G.   ZECKENDORF REALTY, LLC, *(AGENT/OWNER)*


☐ (43-111) 315 SOUTH END AVENUE
    ☐A.   THE CITY OF NEW YORK *(OWNER)*


☐ (43-112) 345 SOUTH END AVENUE (100 GATEWAY PLAZA)
    ☐A.   EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐B.   LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-113) 355 SOUTH END AVENUE (200 GATEWAY PLAZA)

    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*

    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*


☐ (43-114) 375 SOUTH END AVENUE (600 GATEWAY PLAZA)

    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*

    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*


☐ (43-115) 385 SOUTH END AVENUE (500 GATEWAY PLAZA)

    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*

    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*


☐ (43-116) 395 SOUTH END AVENUE  (400 GATEWAY PLAZA)

    ☐ A.  THE CITY OF NEW YORK *(OWNER)*

    ☐ B.  BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☐ C.  HUDSON TOWERS HOUSING CO., INC. *(OWNER)*

    ☐ D.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*

    ☐ E.  LEFRAK ORGANIZATION, INC. *(OWNER)*


☐ (43-117) 22 THAMES STREET

    ☐ A.  123 WASHINGTON, LLC (C/O THE MOINIAN GROUP)


☐ (43-118) 88 THOMAS STREET

    ☐  50 HUDSON LLC *(OWNER)*


☐ (43-119) TRINITY CHURCH

    ☐  RECTOR OF TRINITY CHURCH *(OWNER)*


☐ (43-120) 100 TRINITY PLACE (HIGH SCHOOL OF ECONOMICS AND FINANCE)

    ☐ A.  THAMES REALTY CO. *(OWNER)*

    ☐ B.  NEW YORK UNIVERSITY *(OWNER)*


☐ (43-121) 78-86 TRINITY PLACE (AMERICAN STOCK EXCHANGE)

   ☐A.   AMERICAN STOCK EXCHANGE LLC *(OWNER)*

   ☐B.   AMERICAN STOCK EXCHANGE CLEARING LLC *(OWNER)*

   ☐C.   AMERICAN STOCK EXCHANGE REALTY ASSOCIATIES LLC *(OWNER)*

   ☐D.   NATIONAL ASSOCIATION OF SECURITIES DEALERS *(OWNER)*

   ☐E.   THE NASDAQ STOCK MARKET, INC *(OWNER)*

   ☐F.   AMEX SEAT OWNERS ASSOCIATION, INC. *(OWNER)*

   ☐G.   AMEX SPECIALISTS ASSOCIATION, INC. *(OWNER)*

   ☐H.   AMEX COMMODITIES LLC *(OWNER)*

   ☐I.   AMEX INTERNATIONAL INC. *(OWNER)*

   ☐J.   AMEX INTERNATIONAL LLC *(OWNER)*

   ☐K.   NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*

   ☐L.   NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION *(OWNER)*

   ☐M.   NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION *(OWNER)*

☐ (43-122) 90 TRINITY PLACE

   ☐A.   NEW YORK UNIVERSITY *(OWNER)*

☐ (43-123) TRINITY BUILDING

   ☐A.   CAPITAL PROPERTIES, INC. *(AGENT)*

   ☐B.   TRINITY CENTRE, LLC *(OWNER)*

☐ (43-124) 75 VARICK STREET AND 76 VARICK STREET

   ☐A.   NYC INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*

   ☐B.   TRINITY REAL ESTATE *(AGENT)*

☐ (43-125) 30 VESEY STREET

   ☐A.   SILVERSTEIN PROPERTIES *(OWNER)*

☐ (43-126) 1 WALL STREET

☐A.   THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*

☐B.   ONE WALL STREET HOLDINGS LLC *(OWNER)*

☐C.   4101 AUSTIN BLVD CORPORATION (*OWNER*)


☐ (43-127) 11 WALL STREET (NEW YORK STOCK EXCHANGE, INC.)

☐A.   NYSE, INC. *(OWNER)*

☐B.   NYSE, INC. *(AGENT)*


☐ (43-128) 37 WALL STREET

☐A.   W ASSOCIATES LLC *(OWNER)*


☐ (43-129) 40 WALL STREET

☐A.   32-42 BROADWAY OWNER, LLC *(OWNER)*

☐B.   CAMMEBY'S MANAGEMENT CO., LLC *(AGENT)*


☐ (43-130) 45 WALL STREET

☐A.   45 WALL STREET LLC *(OWNER)*


☐ (43-131) 60 WALL STREET AND 67 WALL STREET

☐A.   DEUTSCHE BANK DBAB WALL STREET LLC *(OWNER)*

☐B.   JONES LANG LASALLE *(AGENT)*


☐ (43-132) 63 WALL STREET

☐A.   63 WALL, INC. *(OWNER)*

☐B.   63 WALL STREET INC. *(OWNER)*

☐C.   BROWN BROTHERS HARRIMAN & CO., INC. *(AGENT)*


☐ (43-133) 100 WALL STREET

☐A.   100 WALL STREET COMPANY LLC *(OWNER)*

☐B.   RECKSON CONSTRUCTION GROUP NEW YORK, INC.
*(AGENT/CONTRACTOR)*


☐ (43-134) 111 WALL STREET

☐A.   CITIBANK, N.A. *(OWNER)*

☐B.   STATE STREET BANK AND TRUST COMPANY, AS OWNER
TRUSTEE OF ZSF/OFFICE NY TRUST *(OWNER)*

☐C.   111 WALL STREET LLC *(OWNER)*

☐D.   230 CENTRAL CO., LLC *(OWNER)*

☐E.   CUSHMAN & WAKEFIELD, INC. *(AGENT)*

☐F.   CUSHMAN & WAKEFIELD 111 WALL, INC *(AGENT)*

☐G.   CITIGROUP, INC. *(OWNER)*


☐ (43-135) 46 WARREN STREET

☐A.   DAVID HELFER *(OWNER)*


☐ (43-136) 73 WARRAN STREET

☐A   73 WARREN STREET LLP *(OWNER)*


☒ (43-137) 201 WARREN STREET (P.S. 89)

☒ A.   TRIBECA NORTH END, LLC *(OWNER)*

☐B.   THE CITY OF NEW YORK *(OWNER)*

☐C.   THE NEW YORK CITY DEPARTMENT OF EDUCATION
*(OWNER)*

☐D.   THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY *(OWNER)*


☐ (43-138) 130 WASHINGTON STREET

☐   HMC FINANCIAL CENTER, INC. *(OWNER)*


☐ (43-139) 55 WATER STREET

☐A.   55 WATER STREET CONDOMINIUM *(OWNER)*

☐B.   NEW WATER STREET CORP. *(OWNER)*


☒ (43-140) 160 WATER STREET

☒A.   160 WATER STREET ASSOCIATES *(OWNER)*

☒B.   G.L.O. MANAGEMENT, INC. *(AGENT)*

☒C.   160 WATER ST. INC. *(OWNER)*

☐ (43-141) 199 WATER STREET
 ☐A. RESNICK WATER ST. DEVELOPMENT CO. *(OWNER)*
 ☐B. JACK RESNICK & SONS INC. *(AGENT)*

☐ (43-142) 200 WATER STREET
 ☐A. NEW YORK UNIVERSITY *(OWNER)*
 ☐B. NEW YORK UNIVERSITY REAL ESTATE CORPORATION *(OWNER)*
 ☐C. 127 JOHN STREET REALTY LLC *(OWNER)*
 ☐ D. ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-143) 3 WEST 57TH STREET (THE WHITEHALL BUILDING)
 ☐A. EL-KAM REALTY CO. *(OWNER)*

☐ (43-144) 50 WEST STREET
 ☐A CAPMARK FINANCE, INC. *(OWNER)*

☐ (43-145) 90 WEST STREET (WEST STREET BUILDING)
 ☐A. FGP 90 WEST STREET, INC. *(OWNER)*
 ☐B. KIBEL COMPANIES *(OWNER)*

☐ (43-146) 140 WEST STREET (VERIZON BUILDING)
 ☐A. VERIZON NEW YORK, INC. *(OWNER)*
 ☐B. VERIZON PROPERTIES, INC. *(OWNER)*
 ☐C. VERIZON COMMUNICATIONS, INC. *(OWNER)*
 ☐D. HILLMAN ENVIRONMENTAL GROUP, LLC. *(OWNER'S AGENT/CONTRACTOR)*

☐ (43-147) 30 WEST BROADWAY
 ☐A. THE CITY UNIVERSITY OF NEW YORK *(OWNER)*
 ☐B. THE CITY OF NEW YORK *(OWNER)*

☐ (43-148) 100 WILLIAM STREET

☐A.   WU/LIGHTHOUSE *(OWNER)*

☐B.   LIGHTHOUSE REAL ESTATE, LLC *(AGENT)*

☐ (43-149) 123 WILLIAM STREET

    ☐A.   WILLIAM & JOHN REALTY, LLC *(OWNER)*

    ☐B.   AM PROPERTY HOLDING *(AGENT)*

☐ (43-150) 40 WORTH

    ☐A.   LITTLE 40 WORTH ASSOCIATES, LLC *(AGENT)*

    ☐B.   NEWMAN AND AMP COMPANY REAL ESTATE *(AGENT)*

☐ (43-151) 125 WORTH

    ☐A.   CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☒ (43-152) 200 LIBERTY STREET (ONE WORLD FINANCIAL CENTER)

    ☒A.   BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☒B.   BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

    ☒C.   BROOKFIELD FINANCIAL PROPERTIES, LP *(OWNER)*

    ☒D.   BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

    ☒E.   BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*

    ☒F.   BROOKFIELD PARTNERS, LP *(OWNER)*

    ☒G.   WFP TOWER A CO. *(OWNER)*

    ☒H.   WFP TOWER A CO. L.P. *(OWNER)*

    ☒I    WFP TOWER A. CO. G.P. CORP. *(OWNER)*

    ☒J.   TUCKER ANTHONY, INC. *(AGENT)*

    ☒K.   BLACKMON-MOORING-STEAMATIC CATASTOPHE,
          INC. d/b/a  BMS CAT *(CONTRACTOR/AGENT)*

☐ (43-153) 225 LIBERTY STREET (TWO WORLD FINANCIAL CENTER)

    ☐A.   BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☐B.   BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

    ☐C.   BROOKFIELD PARTNERS, L.P. *(OWNER)*

    ☐D.   BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*

☐ E.   BROOKFIELD FINANCIAL PROPERTIES, L.P. *(OWNER)*

☐ F.   BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☐ G.   MERRILL LYNCH & CO, INC. *(OWNER)*

☐ H.   WESTON SOLUTIONS, INC. *(AGENT/CONTRACTOR)*

☐ I.   GPS ENVIRONMENTAL CONSULTANTS, INC. *(AGENT/CONTRACTOR)*

☐ J.   INDOOR ENVIRONMENTAL TECHNOLOGY, INC. *(AGENT/CONTRACTOR)*

☐ K.   BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT *(AGENT/CONTRACTOR)*

☐ L.   STRUCTURE TONE, (UK) INC. *(CONTRACTOR)*

☐ M.   STRUCTURE TONE GLOBAL SERVICES, INC *(CONTRACTOR)*

☐ N.   ENVIROTECH CLEAN AIR, INC. *(CONTRACTOR)*

☐ O.   ALAN KASMAN DBA KASCO *(CONTRACTOR)*

☐ P.   KASCO RESTORATION SERVICES CO. *(CONTRACTOR)*

☐ Q.   NOMURA HOLDING AMERICA, INC. *(OWNER)*

☐ R.   NOMURA SECURITIES INTERNATIONAL, INC. *(OWNER)*

☐ S.   WFP TOWER B HOLDING CO., LP *(OWNER)*

☐ T.   WFP TOWER B CO., G.P. CORP. *(OWNER)*

☐ U.   WFP TOWER B CO. L.P. *(OWNER)*

☐ V.   TOSCORP. INC. *(OWNER)*

☐ W.   HILLMAN ENVIRONMENTAL GROUP, LLC. *(AGENT/CONTRACTOR)*

☐ X.   ANN TAYLOR STORES CORPORATION *(OWNER)*


☒ (43-154) 200 VESEY STREET (THREE WORLD FINANCIAL CENTER)

☒ A.   BFP TOWER C CO. LLC. *(OWNER)*

☒ B.   BFP TOWER C MM LLC. *(OWNER)*

☒ C.   WFP RETAIL CO. L.P. *(OWNER)*

☒ D.   WFP RETAIL CO. G.P. CORP. *(OWNER)*

☒ E.   AMERICAN EXPRESS COMPANY *(OWNER)*

☒ F.   AMERICAN EXPRESS BANK , LTD *(OWNER)*

☒G.  AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. *(OWNER)*

☒H.  LEHMAN BROTHERS, INC. *(OWNER)*

☒I.  LEHMAN COMMERCIAL PAPER, INC. *(OWNER)*

☒J.  LEHMAN BROTHERS HOLDINGS INC. *(OWNER)*

☒K.  TRAMMELL CROW COMPANY *(AGENT)*

☒L.  BFP TOWER C CO. LLC *(OWNER)*

☒M.  MCCLIER CORPORATION *(AGENT)*

☒N.  TRAMMELL CROW CORPORATE SERVICES, INC. *(AGENT)*

☒O.  BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*


☐ (43-155) 250 VESEY STREET (FOUR WORLD FINANCIAL CENTER)

☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

☐B.  BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

☐C.  BROOKFIELD FINANCIAL PROPERTIES, LP. *(OWNER)*

☐D.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☐E.  BROOKFIELD PROPERTIES HOLDINGS, INC. *(OWNER)*

☐F.  BROOKFIELD PARTNERS, LP *(OWNER)*

☐G.  WFP TOWER D CO. L.P. *(OWNER)*

☐H.  WFP TOWER D CO., G.P. CORP *(OWNER)*.

☐I.  WFP TOWER D HOLDING I G.P. CORP. *(OWNER)*

☐J.  WFP TOWER D HOLDING CO. I L.P. *(OWNER)*

☐K.  WFP TOWER D HOLDING CO. II L.P. *(OWNER)*

☐L.  MERRILL LYNCH & CO, INC. *(OWNER)*

☐M.  WESTON SOLUTIONS, INC. *(CONTRACTOR/AGENT)*

☐N.  GPS ENVIRONMENTAL CONSULTANTS, INC. *(CONTRACTOR/AGENT)*

☐O.  INDOOR ENVIRONMENTAL TECHNOLOGY, INC. *(CONTRACTOR/AGENT)*

☐P.  BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a  BMS CAT *(CONTRACTOR/AGENT)*

☐ Q.  STRUCTURE TONE, (UK) INC. *(CONTRACTOR/AGENT)*

☐ R.  STRUCTURE TONE GLOBAL SERVICES, INC

(CONTRACTOR/AGENT)

☐ S.   ENVIROTECH CLEAN AIR, INC. (CONTRACTOR/AGENT)

☐ T.   ALAN KASMAN DBA KASCO (CONTRACTOR/AGENT)

☐ U.   KASCO RESTORATION SERVICES CO.
       (CONTRACTOR/AGENT)


☐ (43-156) ZEN RESTAURANT

☐   CITY OF NEW YORK (OWNER)


☐ OTHER: if an individual plaintiff is alleging injury sustained at a building/location other than as above, and/or if an individual plaintiff is alleging an injury sustained at a building/location above, but is alleging a claim against a particular defendant not listed for said building, plaintiff should check this box, and plaintiffs should follow the procedure as outlined in the CMO # __ governing the filing of the Master Complaint and Check-off Complaints.


## V – VIII.

## CAUSES OF ACTION

☒ 44. Plaintiffs adopt those allegations as set forth in the Master Complaint Section V-VIII, Causes of Action.

☒ 45. Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

  ☒ 45 A.   Breach of the defendants' duties and obligations
            pursuant to the New York State Labor Law(s)
            including § 200

  ☒ 45 B.   Breach of the defendants' duties and obligations
            pursuant to the New York State Labor Law 241(6)

  ☒ 45 C.   Common Law Negligence

  ☐ 45 D.   Wrongful Death

  ☐ 45 E.   Loss of Services/Loss of Consortium for Derivative
            Plaintiff

☐ 45 F.    Other: if an individual plaintiff is alleging an additional
cause of action or additional substantive law or theory of
law upon which his/or claim is based, other than as
appears in this section, plaintiff should check this box,
and plaintiffs should follow the procedure as outlined in
the CMO # ___ governing the filing of the Master
Complaint and Check-off Complaints.

☐ 46. As to the following municipal entities or public authorities, or other entity for which

for which a Notice of Claim is a requirement,  a Notice of Claim pursuant to the

applicable statutes as referenced within the Master Complaint, has been timely served on

the following dates.

|  | Name of Municipal Entity or Public Authority | Date Notice of Claim Served |
|---|---|---|
| ☐ 46. a |  |  |
| ☐ 46. b. |  |  |
| ☐ 46. c. |  |  |
| ☐ 46. d. |  |  |
| ☐ 46. e. |  |  |
| ☐ 46. f. |  |  |
| ☐ 46. g. |  |  |
| ☐ 46. h. |  |  |
| ☐ |  |  |
| ☐ |  |  |
| ☐ |  |  |

☐ 47. As to certain municipal entities or public authorities, if specified as defendants herein, with reference to the service of a Notice of Claim, an application has been made to the Supreme Court, County of New York__ (*insert name of Court*), as to

_____(*insert name of municipal entity or public authority or other entity*):

> ☐ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc*, and for _____ (insert if additional relief was requested) and:
>
> ☐ 47B. a determination is pending
>
> ☐ 47C. an Order granting the petition was made on: _____ (insert date)
>
> ☐ 47D. an Order denying the petition was made on:_____ (insert date)

*Instructions:* *If an application has been made to the Court with reference to additional municipal entities or public authorities, list them in sub-paragraph format.*

*[i.e.,* ☐ *47-1* _____ *(insert name of municipal entity or public authority or other entity)*

> ☐ *47-1A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim Nunc Pro Tunc, and for* _____ *(insert if additional relief was requested) and:*
>
> ☐ *47-1B. a determination is pending*
>
> ☐ *47-1C. an Order granting the petition was made*
>
> ☐ *47-1D. an Order denying the petition was made on:_____ (insert date)]*

41

☒ 48. As a direct and proximate result of defendant's culpable actions in the clean-up, construction, demolition, excavation, and/or repair operations and all work performed at the premises, the Injured Plaintiff sustained the following injuries including, but not limited to:

### Abdominal

☐48-1    Abdominal Pain _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### Cancer

☒48-2    Fear of Cancer
Date of onset: 07/05/05
Date physician first connected this injury to WTC work: 07/05/05

☐48-3    Tumor (of the_____)
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-4    Leukemia
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-5    Lung Cancer
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-6    Lymphoma
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### Circulatory

☐48-7    Hypertension
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### Death

☐48-8    Death:
Date of death: _____
If autopsy performed, date _____

*Digestive*

☒48-9    Gastric Reflux
Date of onset: 7/05/05
Date physician first connected this injury to WTC work:  7/05/05

☒48-10    Indigestion
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  07/05/05

Nausea
☐48-11    Date of onset: _____
Date physician first connected this injury to WTC work:  _____

*Pulmonary*

☒48-12    Asthma
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  07/05/05

☒48-13    Chronic Obstructive Lung Disease
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  07/05/05

☒48-14    Chronic Restrictive Lung Disease
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  07/05/05

☒48-15    Chronic Bronchitis
Date of onset: 7/05/05
Date physician first connected this injury to WTC work:  7/05/05

☒48-16    Chronic Cough
Date of onset: 7/05/05
Date physician first connected this injury to WTC work:  7/05/05

☒48-17    Pulmonary Fibrosis
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  07/05/05

☐48-18    Pulmonary Nodules
Date of onset:
Date physician first connected this injury to WTC work:

☐48-19    Sarcoidosis
Date of onset: _____
Date physician first connect this injury to WTC work

☒48-20    Shortness of Breath
Date of onset: 07/05/05
Date physician first connected this injury to WTC work:  7/05/05

☒48-21    Sinusitis
Date of onset: <u>07/05/05</u>
Date physician first connected this injury to WTC work:  <u>07/05/05</u>

### *Skin Disorders, Conditions or Disease*

☐48-22    Burns
Date of onset: _____
Date physician first connected this injury to WTC work:  _____

☒48-23    Dermatitis
Date of onset: <u>May 2007</u>
Date physician first connected this injury to WTC work:  <u>May 2007</u>

### *Sleep Disorder*

☒48-24    Insomnia
Date of onset: <u>07/05/05</u>
Date physician first connected this injury to WTC work:  <u>07/05/05</u>

☒48-25    Other: <u>Reactive Airway Dysfunction Syndrome</u>
Date of onset: <u>07/05/05</u>
Date physician first connected this injury to WTC work:  <u>07/05/05</u>

☒48-26    Other: Sleep Apnea
Date of onset: <u>7/05/05</u>
Date physician first connected this injury to WTC work:  <u>7/05/05</u>

☒48-27    Other: Post Traumatic Stress Disorder
Date of onset: <u>07/05/05</u>
Date physician first connected this injury to WTC work:  <u>07/05/05</u>

☒48-28    Other: Chronic Rhinitis
Date of onset: <u>7/05/05</u>
Date physician first connected this injury to WTC work:  <u>7/05/05</u>

☐48-29    Other:
Date of onset:
Date physician first connected this injury to WTC work:

☐  If additional injuries are alleged, check here and attach Rider continuing with the same format for sub-paragraphs

☒ 49. As a direct and proximate result of the injuries identified above the Injured Plaintiff has in

the past suffered and/or will and/or may, subject to further medical evaluation and opinion, in

the future, suffer the following compensable damages:

☒ 49 A. Pain and suffering

☐ 49 B. Death

☒ 49 C. Loss of the pleasures of life

☒ 49 D. Loss of earnings and/or impairment of earning capacity

☒ 49 E. Loss of retirement benefits/diminution of retirement benefits

☒ 49 F. Expenses for medical care, treatment, and rehabilitation

☒ 49 G. Mental anguish

☒ 49 H. Disabilities

☒ 49 I. Medical monitoring

☐ 49 J. OTHER _____

☐ 49 K. OTHER _____

☐ 49 L. OTHER _____

☐ 49 M. OTHER _____

☐ 49 N. OTHER _____

☐ 49 O. OTHER _____

☐ 49 P. OTHER _____

☐ 49 Q. OTHER _____

☐ 49 R. OTHER _____

☐ 49 S. OTHER _____

☐ 50.  As a direct and proximate result of the injuries described *supra*, the Derivative

plaintiff(s), have in the past suffered and/or will in the future suffer a loss of the love,

society, companionship, services, affection, and support of the plaintiff and such other

losses, injuries and damages for which compensation is legally appropriate, and or as is

otherwise alleged.

## IX.

### PRAYER FOR RELIEF

☒ 51. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IX., Prayer for Relief.

☐ 52. OTHER RELIEF: If plaintiff is asserting relief (other than monetary) other than as indicated above, check here and insert Relief sought: _____

If plaintiff is asserting monetary relief in amounts different than as alleged within the Master Complaint, Check this box ☐ and fill in the WHEREFORE clause below:

WHEREFORE, the above-named Plaintiff demands judgment against the above-named Defendants in the amount of _____ DOLLARS ($_____), on the First Cause of Action; and in the amount of _____ DOLLARS ($_____) on the Second Cause of Action; and in the amount of _____ DOLLARS ($_____) on the Third Cause of Action; and Derivative Plaintiff demands judgment against the above named Defendants in the amount of _____ DOLLARS ($_____) on the Fourth Cause of Action; and Representative Plaintiff demands judgment against the above named Defendants in the amount of _____ ($_____) on the Fifth Cause of Action, and as to all Demands for Relief, and or as determined by a Jury or this Court, jointly and severally, for general damages, special damages, and for his/her attorneys' fees and costs expended herein and in a non-specified amount to be determined by a Jury or this Court for punitive and exemplary damages, and for prejudgment interest where allowable by law and post judgment interest on the judgment at the rate allowed by law; and Plaintiff seeks such other relief as is just and equitable.

X.

## JURY TRIAL DEMAND

☒ 53. Plaintiffs adopt those allegations as set forth in the Master Complaint Section X,  Jury Trial Demand.

If Riders are annexed check the applicable BOX indicating the paragraphs for which Riders are

annexed.

        ☐   Paragraph 31

        ☐   Paragraph 44

        ☐   Paragraph 48

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor

and against defendant(s) for damages, costs of suit and such other, further and different relief as

may be just and appropriate.

Dated: New York, New York
       December 13, 2007

                   Yours, etc.

                   GREGORY J. CANNATA & ASSOCIATES
                   By:_____
                   Robert Grochow, Esq. (1890)
                   Attorneys for Plaintiffs
                   233 Broadway, 5th Floor
                   Tel: (212) 233-5400
                   Fax: (212) 227-4141
                   Email: RGrochow@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LITIGATION
--------------------------------------------------------------------------------
**WALDYSLAW KWASNIK**,

                                Plaintiff,

            -against-

160 WATER STEET, INC.
160 WATER STREET ASSOCIATES
59 MAIDEN LANE ASSOCIATES, LLC, et al.,

                            Defendants.

## COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT

GREGORY J. CANNATA & ASSOCIATES
Attorneys for Plaintiffs
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9206

*Service of copy of the within*            *is hereby admitted.*

*Dated:*

            ...................................
            *Attorneys for*

GREGORY J. CANNATA & ASSOCIATES
Attorneys for Plaintiffs
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9206