Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

WLADYSLAW KWASNIK,                           Index No.: 07-CV-11291

                     Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER
                                             TO MASTER COMPLAINT**

  -against-
                                             **ELECTRONICALLY FILED**

160 WATER STREET, INC., *et al.*,

                     Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 1, 2008

                                 Yours etc.,

                                 McGIVNEY & KLUGER, P.C.
                                 Attorneys for Defendant
                                 GENERAL REINSURANCE CORP. i/s/h/a
                                 GENERAL RE SERVICES CORP.

                                 By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                 New York, New York 10004
                                 (212) 509-3456

TO:    GREGORY J. CANNATA, ESQ.
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site Litigation
         233 Broadway, 5th Floor
         New York, New York, 10279
         (212) 553-9206

         All Defense Counsel