Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

WLADYSLAW KWASNIK,                                          Index No.: 07-CV-11291

                  Plaintiff(s),           **NOTICE OF ADOPTION OF ANSWER**
                                          **TO MASTER COMPLAINT**
  -against-

                                          **ELECTRONICALLY FILED**

160 WATER STREET, INC., *et al.*,

                  Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned

action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 1, 2008

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      LEHMAN BROTHERS INC., LEHMAN
                                      COMMERCIAL PAPER INC. and LEHMAN
                                      BROTHERS HOLDINGS INC.

                                      By: _____
                                          Richard E. Leff (RL-2123)
                                          80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                         (212) 509-3456

TO:    GREGORY J. CANNATA, ESQ.
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        233 Broadway, 5th Floor
        New York, New York, 10279
        (212) 553-9206

        All Defense Counsel