Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

WLADYSLAW KWASNIK,                                               Index No.: 06-CV-11291

                      Plaintiff(s),                        **NOTICE OF ADOPTION OF ANSWER
                                                                 TO MASTER COMPLAINT**
   -against-
                                                                 **ELECTRONICALLY FILED**

160 WATER STREET, INC., *et al.*,

                      Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 1, 2008

    Yours etc.,

    McGIVNEY & KLUGER, P.C.
    Attorneys for Defendants
    160 WATER STREET ASSOCIATES, INC. and
    G.L.O. MANAGEMENT, INC.

    By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

TO:    GREGORY J. CANNATA, ESQ.
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site Litigation
    233 Broadway, 5th Floor
    New York, New York, 10279
    (212) 553-9206

    All Defense Counsel