Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD., AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.
and McCLIER CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   21 MC 102 (AKH)

WLADYSLAW KWASNIK,                                            Index No.: 07-CV-11291

                Plaintiff(s),                       **NOTICE OF ADOPTION OF ANSWER**
  -against-                                                        **TO MASTER COMPLAINT**

                                                                   **ELECTRONICALLY FILED**

160 WATER STREET, INC., *et al.*,

                Defendant(s).
---------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and McCLIER CORPORATION, by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and McCLIER CORPORATION, demand judgment dismissing the above-

captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   April 1, 2008

            Yours etc.,

            McGIVNEY & KLUGER, P.C.
            Attorneys for Defendants
            AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and McCLIER CORPORATION,

            By: _____
            Richard E. Leff (RL-2123)
            80 Broad Street, 23rd Floor
            New York, New York 10004
            (212) 509-3456

TO: GREGORY J. CANNATA, ESQ.
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site Litigation
    233 Broadway, 5th Floor
    New York, New York, 10279
    (212) 553-9206

    All Defense Counsel