# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

_____

WALDYSLAW KWASNIK,

                              Plaintiffs,


                                                                              AFFIDAVIT
         -    against –                                                       OF PERSONAL
                                                                              SERVICE

160 WATER STEET, INC.
160 WATER STREET ASSOCIATES
59 MAIDEN LANE ASSOCIATES, LLC
90 CHURCH STREET LIMITED PARTNERSHIP
AMBIENT GROUP, INC.
AMERICAN EXPRESS BANK , LTD
AMERICAN EXPRESS COMPANY
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BFP ONE LIBERTY PLAZA CO., LLC
BFP TOWER C CO. LLC
BFP TOWER C MM LLC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A  BMS CAT
BOSTON PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, LP
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
G.L.O. MANAGEMENT, INC.
GENERAL RE SERVICES CORP.
HILLMAN ENVIRONMENTAL GROUP, LLC.
LEHMAN BROTHERS HOLDINGS INC.
LEHMAN BROTHERS, INC.
LEHMAN COMMERCIAL PAPER, INC.
MCCLIER CORPORATION
NATIONAL ASSOCIATION OF SECURITIES DEALERS,   INC.
NEW LIBERTY PLAZA LP
ONE LIBERTY PLAZA
STRUCTURE TONE GLOBAL SERVICES, INC.
STUCTURE TONE (UK), INC.

THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178)
THE ONE LIBERTY PLAZA CONDOMINIUM    (CONDO #1178)
TRAMMELL CROW COMPANY
TRAMMELL CROW CORPORATE SERVICES, INC.
TRIBECA NORTH END, LLC
TUCKER ANTHONY, INC.
WFP ONE LIBERTY PLAZA CO., L.P.
WFP ONE LIBERTY PLAZA, CO. GP, CORP.
WFP RETAIL CO. G.P. CORP.
WFP RETAIL CO. L.P.
WFP TOWER A CO.
WFP TOWER A CO. L.P.
WFP TOWER A. CO. G.P. CORP.
WORLD FINANCIAL PROPERTIES, L.P.

                             Defendants.

_____

STATE OF NEW YORK    )
                         )
COUNTY OF NEW YORK  )    ss.:

Edward Kostyukovsky, being duly sworn, deposes and says:

      That I am over the age of 18 years, reside in Kings County, New York and am not a party

to this action. That I served the **Summons and Complaint** in the above captioned action on:

      **LEHMAN COMMERCIAL PAPER, INC.**

At:    McGivney & Kluger PC
       80 Broad Street
       New York, New York 10004

On:    The 11th of April, 2:25 p.m.

by personally delivering a true copy to **Rigat Abraham**, a person of suitable age and discretion

who identified him/herself as authorized to accept the service of legal documents on behalf of the

entity served. Description of person served is as follows:

      Sex:   Male
      Color of Skin: Black         Approximate Age:   35-45
      Color of Hair: Black         Approximate Height: 5' 8"
      Color of Eyes: Brown         Approximate Weight: 130

Edward Kostyukovsky

Sworn before me this
6th day of August, 2008

Notary Public

APRIL FARRIOR
Notary Public, State of New York
No. 01FA6189633
Qualified in Kings County
Commission Expires June 30, 2012