Index # 07 CV 11291
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Wladyslaw Kwasnik                                                                 Plaintiff

against

160 Water Street Inc, 160 Water Street Associates. 59 Maiden Lane Associates LLC et al        Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY         )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 yrs

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

_____Robin Brandow_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   March 20, 2008  , at  11:20 am , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint                                                                 on

Tribeca North End LLC                                                                 , the

Defendant in this action, by delivering to and leaving with   Donna Christie   , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40.   dollars; That said service was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th  day of   March, 2008

FAITH COZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0805287