# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Wladyslaw Kwasnik**

    Plaintiff

vs.

**National Association Of Securities Dealers, Inc. n/k/a Financial Industry Regulatory Authority, Inc.**

    Defendant

Attorney:

Robert A. Grochow, P.C.
233 Broadway, Floor 5
New York, NY. 10279

**Case Number:** 07-cv-11293

Legal documents received by Same Day Process Service on April 16th, 2008 at 10:30 AM to be served upon **National Association Of Securities Dealers, Inc. n/k/a Financial Industry Regulatory Authority, Inc. at 1735 K St. NW, Washington, DC. 20006**

I, Brandon A. Snesko, swear and affirm that on **April 16th, 2008 at 1:25 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons In A Civil Case; Complaint By Adoption** to **Barbara White** as **Paralegal & Authorized Agent** of **National Association Of Securities Dealers, Inc. n/k/a Financial Industry Regulatory Authority, Inc.**.

**Description of Person Accepting Service:**
Sex: Female   Age: 50   Height: Sitting   Weight: 180   Skin Color: Black   Hair Color: Black & Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008943

District of Columbia: SS
Subscribed and Sworn to before me,
this ___17___ day of ___April___, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.