Attorney:
ROBERT A. GROCHOW, P.C. 233 BROADWAY, 5TH FLOOR
NEW YORK NY 10279

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

Index / case #: 07 CV 11291

WLADYSLAW KWASNIK,

## AFFIDAVIT OF SERVICE

**Plaintiff**

160 WATER STREET INC., ET AL.,

**Defendant**

_Essex_ County, State of: _New Jersey_ I _Michael Melillo Sr._ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New Jersey_

On _3-19-08_ at _225_ am/**pm** at: 1600 RT. 22 EAST UNION NJ 07083

Deponent served the within: SUMMONS, COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: HILLMAN ENVIRONMENTAL GROUP LLC
c/o HILLMAN ENVIRNMENTAL COMPANY INC. (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to; _____
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] **Corporation or Partnership** — By delivering thereat a true copy of each to; _Sharon L Brookman Managing Agent_ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _Managing Agent_ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [ ] White skin | [X] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [X] Female | [X] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [X] 100-130 Lbs |
| | [ ] Yellow skin | [ ] Gray hair | [X] 36-50 Yrs | [X] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [ ] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ]

Sworn to before me on _March 19, 2008_

ROBERT CIFELLI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 6, 2008

_Michael Melillo Sr._
(Print name below signature)

_Michael Melillo Sr._

WORK ORDER No. 449547
FILE No.  HILLMAN ENVIRONM[I]