(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

Kwasnik

| RETURN OF SERVICE | DOCKET NO. 07-CV-11291 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] DATE | MARCH 24TH 2008 |
| NAME OF SERVER (PRINT) DANNY L. HANEY — TITLE | TEXAS PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING TO TRAMMELL CROW COMPANY BY DELIVERING TO ITS SENIOR CORPORATE PARALEGAL CARRIE A. SHELTON AT 2001 ROSS AVENUE, SUITE 3400, DALLAS, TEXAS 75201 ON 3-24-08 AT 9:55 AM
WHITE FEMALE, EARLY 40'S, 5'6", 145LBS, BROWN HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 24TH 2008
         Date                    Signature of Server

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.