x:\tc52599\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------X

WLADYSLAW KWASNIK,

Plaintiffs,

**NOTICE OF
ADOPTION**

-against-

**07 CV 11291**

160 WATER STREET, INC., 160 WATER STREET
ASSOCIATES, 59 MAIDEN LANE ASSOCIATES, LLC, 90
CHURCH STREET, AMBIENT GROUP, INC., AMERICAN
EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO.,
LLC, BFP TOWER C CO. LLC, BFP TOWER C MM LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS
INC., G.L.O. MANAGEMENT, INC., GENERAL RE SERVICES
CORP., HILLMAN ENVIRONMENTAL GROUP, LLC.,
LEHMAN BROTHERS HOLDINGS INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION, NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP,
ONE LIBERTY PLAZA, STRUCTURE TONE GLOBAL
SERVICES, INC., STRUCTURE TONE (UK), INC.,
TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC., TRIBECA NORTH END, LLC,

TUCKER ANTHONY, INC., WFP ONE LIBERTY PLAZA CO.,
L.P., WFP ONE LIBERTY PLAZA, CO. GP., CORP., WFP
RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP
TOWER A CO., WFP TOWER A CO. L.P., WFP TOWER A. CO.
G.P. CORP., THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE
ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
WORLD FINANCIAL PROPERTIES, L.P.,

                                          Defendants.
----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE  (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
     July 25, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600